# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PLASTIC SURGERY CENTER, P.A., <br><br> Plaintiff, <br><br> vs. <br><br> OLYMPUS MANAGED HEALTHCARE, INC., XYZ CORP., 1-10 (fictitious bodies corporate,), <br><br> Defendants. | CIVIL ACTION NO. <br> 3:15-cv-06425 (FLW) (DEA) <br><br><br> STIPULATION OF DISMISSAL <br> WITHOUT PREJUDICE |

**WHEREAS**, no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action;

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys of record for all parties to this action, that the above entitled action commenced by plaintiff, PLASTIC SURGERY CENTER, against defendant OLYMPUS MANAGED HEALTHCARE, INC., and the same hereby, be dismissed without prejudice and without costs, disbursements, attorneys' fees or interest to any party.

16995041 1

| | |
|---|---|
| **MAGGS & MCDERMOTT, LLC**<br>800 Old Bridge Road<br>Brielle, New Jersey 08730-1334<br>Attorneys for Plaintiff<br>Plastic Surgery Center<br><br>By: _____<br>Tennant D. Magee, Sr., Esq.<br><br>Dated: November __, 2015 | **LECLAIRRYAN**<br>One Riverfront Plaza<br>1037 Raymond Boulevard<br>Newark, New Jersey 07102<br>(973) 491-3600<br>Attorneys for Defendant,<br>Olympus Managed Healthcare, Inc.<br><br>By: _____<br>Timothy E. Shanley<br><br>Dated: November __, 2015 |

**SO ORDERED:**

_____
**HONORABLE**

DATED: _____, 2015